No. 01–7400. FRAGA-ARAIGO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7402. MCKINNEY v. LANCASTER STATE PRISON. C. A. 9th Cir. Certiorari denied.

No. 01–7403. POST v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT. Sup. Ct. Cal. Certiorari denied.

No. 01–7404. THOMAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7405. TAGUE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 01–7406. JESTINE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–7407. BROOKS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–7409. LOZANO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–7410. KEYS v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–7412. WARNER v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 01–7413. ZAGORSKI v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 3d Cir. Certiorari denied.

No. 01–7414. ALONZO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7415. SANTOS RIVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7418. SALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7419. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.